604

C. L. William Krause, appellee, v. Dodge Brothers Corporation and Frederick M. Paull, appellants. Gen. No. 39,433.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 14, 1937.

W. Harold Rutherford, for appellants; Richard E. Koegh, of counsel. Ryan, Sinnott & Miller and Louis G. Davidson, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Helen Fels, appellee, v. Chicago Motor Coach Company, appellant. Gen. No. 39,424.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 14, 1937.

Barrett, Barrett, Costello & Barrett, for appellant; Chester D. Kern, of counsel. Joseph D. Shane, for appellee; Gilbert A. Siegel, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Olga M. Janelunas, executrix of estate of Kizimir Mulolis, deceased, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 39,306.

Heard in the first division of this court for the first district at the February term, 1937. Opinion filed June 14, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Earl J. Walker, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Julius Lipkin, appellee, v. Max Rosenthal, appellant. Gen. No. 39,404.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 14, 1937.

William Rosenthal, for appellant. I. Archer Levin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.